721 A.2d 54

COMMONWEALTH of Pennsylvania, Appellant,

v.

William R. GRIBBLE, Appellant.

Supreme Court of Pennsylvania.

Dec. 4, 1998.

## ORDER

PER CURIAM

**AND NOW,** this 4th day of December, 1998, the Emergency Motion for Extension of Stay of Execution is dismissed without prejudice to William R. Gribble to seek a stay of execution upon the issuance of a warrant of execution.